RECEIVED
IN MONROE, LA

AUG 0 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| ELSIE JUANITA CARTER | * | CIVIL ACTION NO. 06-0335 |
| VERSUS | * | JUDGE JAMES |
| MATT KEIL, KEIL & GOODSON, P.A., and CONTINENTAL CASUALTY COMPANY | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiff's and defendants' motions for summary judgment [Doc. Nos. 17, 22] with respect to the intervenor's claims are **GRANTED and intervenor's claims in this matter are DISMISSED with prejudice.**

THUS DONE AND SIGNED this 28 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION